**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**ACM DEVELOPMENT, LLC,** **Case No. 6:22-bk-00210-LVV**
**CHAPTER 11**

**Debtor.**

_____________________________________/

**ACM DEVELOPMENT, LLC.** **Adv. Case No. 6:22-ap-00092-LVV**

**Plaintiff,**

**v.**

**LIBERTAS FUNDING, LLC,**

**Defendant.**

_____________________________________

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that **ACM DEVELOPMENT, LLC** (the "Plaintiff"), by and through the undersigned counsel, and pursuant to the Rules of Federal Bankruptcy Procedure 7041, files this Notice of Voluntary Dismissal With Prejudice of all claims against all parties in this action.

**RESPECTFULLY SUBMITTED** this 1st day of November 2023.

/s/ Justin M. Luna
Justin M. Luna, Esq.
Florida Bar No. 0037131
**Latham, Luna, Eden & Beaudine, LLP**
201 S. Orange Ave., Suite 1400
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
jluna@lathamluna.com
bknotice1@lathamluna.com
*Attorneys for Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**ACM DEVELOPMENT, LLC,**

**Case No. 6:22-bk-00210-LVV**
**CHAPTER 11**

**Debtor.**

______________________________________/

**ACM DEVELOPMENT, LLC.**

**Adv. Case No. 6:22-ap-00092-LVV**

**Plaintiff,**

**v.**

**LIBERTAS FUNDING, LLC,**

**Defendant.**

________________________________________

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **ACM Development, LLC,** 562 Bowness Avenue, Ocoee, FL 34761; **Libertas Funding, LLC, c/o R Scott Shuker,** 121 South Orange Ave., Suite 1120, Orlando, Florida 32801, bankruptcy@shukerdorris.com; all parties receiving CM/ECF Service in this case; and the **U.S. Trustee, Attn: Jill Kelso, Esq**., 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, jill.kelso@usdoj.gov; on this 1st day of November, 2023.

/s/ Justin M. Luna, Esq.
Justin M. Luna, Esq.